CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

FEB 01 2007

JOHN F. CORCORAN, CLERK
BY: J. Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES PAUL ANDREW STILLWELL, ) <br> Petitioner, ) | Civil Action No. 7:06CV00626 <br> Crim. No. 1:04CR00010 |
| v. ) | **ORDER** |
| UNITED STATES OF AMERICA, ) <br> Respondent. ) | By: Hon. James C. Turk <br> Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED** that:

(1)   defendant's motion to dismiss is **GRANTED**.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this Order and the accompanying Memorandum Opinion to all parties of record.

ENTER: This 31st day of January, 2007.

*/s/ James C. Turk*
Hon. James C. Turk
Senior United States District Judge

8